IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01183-MJW

LISA JANINE BAXTER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on April 11, 2016, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is REMANDED for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Lisa Janine Baxter, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

    DATED at Denver, Colorado this 12th  day of April, 2016.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    s/S. Libid
    S. Libid, Deputy Clerk